**Ryan C. Thomason (SBN 325621)**
*rcthomason@ww.law*
**WOLFE & WYMAN LLP**
**2212 Dupont Drive**
**Irvine, California 92612-1525**
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203

**Attorneys for Defendant**
**CITIBANK, N.A.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBITARI LARSEN, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | USDC No.: <br><br> *(Removed from Orange County Superior Court Case No.: 30-2024-01374529-CU-MC-CJC)* <br><br> **DEFENDANT CITIBANK, N.A.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)** <br><br> **[DIVERSITY OF CITIZENSHIP]** <br><br> Trial Date:      None Set <br> Action Filed:  January 22, 2024 |

**TO THE CLERK OF THE COURT AND PLAINTIFF:**

1.  Defendant CITIBANK, N.A. ("Citibank") hereby removes this action from the Superior Court of the State of California, County of Orange to the United States District Court for the Central District of California pursuant to 28 U.S.C. Section 1441.

2.  Removal is proper and timely.  Plaintiff filed a Complaint on January 22, 2024, Case No. 30-2024-01374529-CU-MC-CJC, in the Orange County Superior Court, which falls within the jurisdiction of the United States District Court, Central District of California.  Copies of all process, pleadings and orders served upon

Citibank are attached hereto as **Exhibit A**.

3. Citibank's first notice of this lawsuit occurred through service of the Complaint on February 6, 2024. This removal is therefore timely in accordance with 28 U.S.C. Section 1446(b) as the thirty-day time limit from date of service or notice has not expired.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332 and is one of which may be removed to this Court by Defendant Citibank pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00.

5. Pursuant to 28 U.S.C. Section 1332, complete diversity of citizenship exists in that:

   (a) Plaintiff is a citizen of California.

   (b) Defendant Citibank is a national bank whose main office is in Sioux Falls, South Dakota. As such, Citibank is a citizen of South Dakota. *Rouse v. Wachovia Mortg., FSB,* 747 F.3d 707, 708 (9th Cir.2014).

6. Pursuant to the subject Complaint, Plaintiff seeks damages in excess of $228,000.00.

7. The United States District Court for the Central District of California has jurisdiction in this civil action because the Superior Court of California for the County of Orange is located within the Central District of California. (*See* 28 U.S.C. § 84(a).) Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." (28 U.S.C. § 1441(a).)

8. Pursuant to 28 U.S.C. § 1446(d), Defendant Citibank will promptly give written notice of the Notice of Removal to Plaintiff and will file a copy of the notice with the clerk of the Superior Court of California, County of Orange.

///

9. Defendant Citibank reserves the right to supplement this Notice of Removal when additional information becomes available.  Defendant Citibank further reserves all rights, including, but not limited to, defenses and objections as to venue, personal jurisdiction, and service.  The filing of this Notice of Removal is subject to, and without waiver of, any such defense or objection.

WHEREFORE, Defendant Citibank hereby removes State of California, County of Orange, Case No. 30-2024-01374529-CU-MC-CJC to the United States District Court for the Central District of California.

DATED:  March 7, 2024                    WOLFE & WYMAN LLP


By:     /s/ Ryan C. Thomason
        RYAN C. THOMASON
Attorneys for Defendant
**CITIBANK, N.A.**

4837138.1