# EXHIBIT A

Electronically Filed by Superior Court of California, County of Orange, 02/08/2024 01:55:00 PM.
30-2024-01374529-CU-MC-CJC - ROA # 20 - DAVID H. YAMASAKI, Clerk of the Court By A. Burton, Deputy Clerk.
Case 8:24-cv-00494-FWS-DFM   Document 1-1   Filed 03/07/24   Page 2 of 7   Page ID #:5

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Citibank, N.A.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Ebitari Larsen

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California, County of Orange, 700 Civic Center Dr., Santa Ana, CA 92701, Central Justice Center

CASE NUMBER:
*(Número del Caso):*
30-2024-01374529-CU-MC-CJC

*Assigned for All Purposes*
*Judge David J. Hesseltine*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ebitari Larsen, 310 Lake St., Apt.213, Huntington Beach, CA 92648

DATE: 02/08/2024 DAVID H. YAMASAKI, Clerk of the Court    Clerk, by   A. Burton  *Athena Burton* , Deputy
*(Fecha)*                                                  *(Secretario)*                                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*



**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [x] on behalf of *(specify):*

    under: [x] CCP 416.10 (corporation)            [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.    [Print this form]    [Save this form]    [Clear this form]

Electronically Filed by Superior Court of California, County of Orange, 01/22/2024 08:00:00 AM.
30-2024-01374529-CU-MC-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By A. Van Arkel, Deputy Clerk.
Case 8:24-cv-00494-FWS-DFM Document 1-1 Filed 03/07/24 Page 3 of 7 Page ID #:6

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Ebitari Larsen | | |
| FIRM NAME: self-represented | | |
| STREET ADDRESS: 310 Lake St. Apt. 213 | | |
| CITY: Huntington Beach | STATE: CA  ZIP CODE: 92648 | |
| TELEPHONE NO.: 562-486-8283 | FAX NO.: | |
| EMAIL ADDRESS: iamebitari@gmail.com | | |
| ATTORNEY FOR (name): self-represented | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange County
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Ebitari Larsen
DEFENDANT: Citibank N.A.

☐ DOES 1 TO _____

CONTRACT
☒ COMPLAINT   ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
   Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
30-2024-01374529-CU-MC-CJC

Assigned for all purposes:
Judge David J. Hesseltine

1. **Plaintiff*** (name or names):
   Ebitari Larsen
   alleges causes of action against **defendant*** (name or names):
   Citibank N.A.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
   ☐ **except** plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ other (specify):
   b. ☐ Plaintiff (name):
      (1) ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      (2) ☐ has complied with all licensing requirements as a licensed (specify):
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☒ **except** defendant (name): Citibank N.A.          ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown.          (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.                                  (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):
      (5) ☐ other (specify):                                (5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2024]

COMPLAINT—Contract

Code of Civil Procedure, § 425.12
www.courts.ca.gov

PLD-C-001

| SHORT TITLE: Ebitari Larsen vs. CitiBank N.A. | CASE NUMBER: |
|---|---|

4.  b. The true names of defendants sued as Does are unknown to plaintiff.
    (1) [ ] Doe defendants *(specify Doe numbers):* were the agents or employees of the named defendants and acted within the scope of that agency or employment.
    (2) [ ] Doe defendants *(specify Doe numbers):* are persons whose capacities are unknown to plaintiff.
    c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.  [ ] Plaintiff is required to comply with a claims statute, and
    a. [ ] has complied with applicable claims statutes, *or*
    b. [ ] is excused from complying because *(specify):*

6.  [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.

7.  This court is the proper court because
    a. [ ] a defendant entered into the contract here.
    b. [x] a defendant lived here when the contract was entered into.
    c. [x] a defendant lives here now.
    d. [ ] the contract was to be performed here.
    e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. [ ] real property that is the subject of this action is located here.
    g. [ ] other *(specify):*

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    [ ] Breach of Contract
    [ ] Common Counts
    [✓] Other *(specify):*
    Unfair treatment because of my low bank balance and poor credit

9.  [x] Other allegations:
    Citibank refused clear my paycheck in >7 days (though money deducted from employer account same day) leaving me $0 balance, food stress, no fuel (had to bike to work). 4 agents told me different, incorrect dates the check would clear. Racism.

10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [x] damages of: $228,000.00
    b. [ ] interest on the damages
       (1) [ ] according to proof
       (2) [ ] at the rate of *(specify):* percent per year from *(date):*
    c. [ ] attorney's fees
       (1) [ ] of: $
       (2) [ ] according to proof.
    d. [ ] other *(specify):*

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 1-21-2024

Ebitari Larsen
(TYPE OR PRINT NAME)

► *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2024]   COMPLAINT—Contract   Page 2 of 2

For your protection and privacy, please press the Clear This Form button after you have printed the form.   [Print this form]   [Save this form]   [Clear this form]

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO.:<br>NAME: Ebitari Larsen<br>FIRM NAME: self-represented<br>STREET ADDRESS: 310 Lake St. Apt 213<br>CITY: Huntington Beach   STATE: CA   ZIP CODE: 92648<br>TELEPHONE NO.: 562-436-8283   FAX NO.:<br>E-MAIL ADDRESS: iamebitari@gmail.com<br>ATTORNEY FOR (name): selfrepresented | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512<br>☐ Harbor - Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North - 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500<br>☐ West - 8141 13th Street, Westminster, CA 92683-4593 | |
| PLAINTIFF/PETITIONER: Ebitari Larsen<br>DEFENDANT/RESPONDENT: Citibank N.A. | |
| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER:<br>30-2024-01374529-CU-MC-CJC |

Plaintiff(s)/Petitioner(s), _____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
    ☐ Under section 1141.11 of the Code of Civil Procedure
    ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an Order on Court Fee Waiver (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court, rule 3.720 et seq.

Date: _____
    (SIGNATURE OF PLAINTIFF OR ATTORNEY)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____
    (SIGNATURE OF DEFENDANT OR ATTORNEY)    (SIGNATURE OF DEFENDANT OR ATTORNEY)

ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION

Approved for Optional Use
L1270 (Rev. March 2019)    California Rules of Court, rule 3.221

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center<br>PLAINTIFF: Ebitari Larsen<br>DEFENDANT: Citibank N.A.<br>Short Title: LARSEN VS. CITIBANK N.A. | **FOR COURT USE ONLY**<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>**Jan 25, 2024**<br>Clerk of the Superior Court<br>By: **A. VAN ARKEL**, Deputy |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2024-01374529-CU-MC-CJC |

Please take notice that a(n), Case Management Conference has been scheduled for hearing on 06/28/2024 at 09:30:00 AM in Department C23 of this court, located at Central Justice Center.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court, By: _____, Deputy

**NOTICE OF HEARING** Page: 1

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | |
|---|---|
| Central Justice Center<br>700 W. Civic Center DRIVE<br>Santa Ana 92701 | |
| **SHORT TITLE:** LARSEN VS. CITIBANK N.A. | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2024-01374529-CU-MC-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 01/25/2024. Following standard court practice the mailing will occur at Sacramento, California on 01/26/2024.

Clerk of the Court, by: _____, Deputy

EBITARI LARSEN
310 LAKE ST. # 213
HUNTINGTON BEACH, CA 92648