Ryan C. Thomason (SBN 325621)
rcthomason@ww.law
WOLFE & WYMAN LLP
2212 Dupont Drive
Irvine, California 92612-1525
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBITARI LARSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>    Defendant | Case No. 8:24-cv-00494-FWS-DFM<br><br>**CITIBANK, N.A.'S PETITION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RYAN C. THOMASON**<br><br>Date:    May 9, 2024<br>Time:    10:00 a.m.<br>Ctrm:    10D |

PLEASE TAKE NOTICE that on May 9, 2024, at 10:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 10D of the United States Courthouse, located at 411 West 4th Street, Santa Ana, California 92701, Defendant CITIBANK, N.A., through its attorneys of record, petition to compel arbitration of the claims asserted by Plaintiff EBITARI LARSEN and stay this case.

There was a conference of counsel and/or pro se litigants as required by Local Rule 7-3 in anticipation of filing this motion on March 12, 2024. A copy of the e-mail correspondence between Plaintiff and counsel for Citibank is attached as **Exhibit "A"** to the Declaration of Ryan C. Thomason.

///

The Petition is made pursuant to Section 4 of the Federal Arbitration Act the grounds the parties' written agreement calls for arbitration of disputes and Defendant Citibank, N.A. has no other adequate remedy to compel arbitration.

DATED: March 14, 2024          WOLFE & WYMAN LLP


By:    /s/ Ryan C. Thomason
       RYAN C. THOMASON
Attorneys for Defendant
**CITIBANK, N.A.**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Defendant Citibank, N.A. ("Citibank") hereby petitions this Court for an Order Compelling Arbitration and staying this case.

In order to open a consumer banking account with Citibank, Plaintiff Ebitari Larsen ("Plaintiff") was required to agree to certain terms and conditions, including her agreement to be bound to the applicable Citibank Client Manual Consumer Account. By doing so, Plaintiff also acknowledged that any disputes between her and Citibank will be resolved by binding arbitration. The Citibank Client Manual Consumer Account states on page 9 as follows:

> This Agreement contains an arbitration provision that explains that you cannot go to court, have a jury trial or initiate or participate in a class action if you have a dispute with us. Instead, this provision tells you that the dispute must be resolved by a professional arbitrator, not a judge or jury. This section also explains how arbitration works and some of the differences between resolving a dispute in arbitration and resolving one in court. All of the terms of the arbitration provision are set forth in the section entitled "Arbitration." Please read it carefully.

The Citibank Client Manual Consumer Account further states on page 51 in the Arbitration section as follows:

> THIS SECTION PROVIDES THAT DISPUTES MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, HAVE A JURY TRIAL OR INITIATE OR PARTICIPATE IN A CLASS ACTION. IN ARBITRATION, DISPUTES ARE RESOLVED BY AN ARBITRATOR, NOT A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN IN COURT. THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT (FAA), AND SHALL BE INTERPRETED IN THE BROADEST WAY THE LAW WILL ALLOW.

A dispute has arisen between the parties in that Plaintiff alleges a purported claim based upon her Complaint filing.

Based on the above, Defendant Citibank, N.A. prays for an Order Compelling Arbitration/Staying this case and such other further relief as the Court deems proper.

## II.     PETITION TO COMPEL ARBITRATION

Petitioner Defendant Citibank, N.A. is a national bank whose main office is in Sioux Falls, South Dakota.

Plaintiff Ebitari Larsen is a citizen of California. Plaintiff filed a Complaint in the Orange County Superior Court, naming Citibank, N.A. which alleges Citibank, N.A. breached a contract with Plaintiff and suing for in excess of $238,000.00.

Petitioner Defendant Citibank, N.A. removed pursuant to 28 U.S.C. § 1332, to this District Court based upon complete diversity. Venue is proper as the purported dispute occurred in this District.

A dispute has arisen between the parties in that Plaintiff contends through the civil action she filed in the Orange County Superior Court that she has been damaged by Citibank, N.A. A copy of the Complaint is attached as **Exhibit "B"** to the Declaration of Ryan C. Thomason.

Despite the agreements to arbitrate, Plaintiff has initiated litigation. Further, Plaintiff has not disputed the existence of these agreements, but merely stated to Citibank's counsel that "[N]o one reads the fine print anyways." A copy of the e-mail correspondence between Plaintiff and counsel for Citibank is attached as **Exhibit "A"** to the Declaration of Ryan C. Thomason.

By initiating the Orange County Superior Court action, Plaintiff has failed to comply with the requirement to arbitrate disputes.

The Client Manuals which contain the arbitration provisions affect commerce under the Federal Arbitration Act and are valid and enforceable under the Federal Arbitration Act. Pursuant to the Federal Arbitration Act, valid arbitration agreements may be enforced in the district court by an order directing arbitration proceed in the manner provided in the agreement. 9 U.S.C.A. § 4.

///

///

///

### III. THE COURT SHOULD GRANT THIS PETITION TO COMPEL ARBITRATION

It is well-established that California has a strong public policy in favor of arbitration. *St. Agnes Med. Ctr. v. Pacificare of Cal.* (2003) 31 Cal.4th 1187, 1195.

Here, there are written Agreement (**Exhibit "C"** to Declaration of Ryan C. Thomason) which provide for arbitration of any disputes.

The Court should grant the subject Petition to Compel Arbitration.

### IV. CONCLUSION

The Court should order this matter to arbitration pursuant to the terms of the parties' written agreement to arbitrate and stay this action.

DATED: March 14, 2024          WOLFE & WYMAN LLP


By:   /s/ Ryan C. Thomason
       RYAN C. THOMASON
Attorneys for Defendant
**CITIBANK, N.A.**

# DECLARATION OF RYAN C. THOMASON

I, Ryan C. Thomason, declare as follows:

1. I am an attorney at law, duly licensed to practice in the State of California. I am an associate with Wolfe & Wyman LLP, attorneys of record for Citibank, N.A. The following is of my personal knowledge. If called upon to testify thereto, I could and would competently do so.

2. This Declaration is submitted in support of Citibank, N.A.'s ("Citibank") Petition to Compel Arbitration.

3. I have exchanged e-mail correspondence with Plaintiff Ebitari Larsen regarding stipulating to arbitration to prevent the need for filing this instant motion on March 9, 2024 and March 12, 2024. Plaintiff has refused to stipulate to arbitration promoting the filing of this instant motion. Plaintiff has acknowledged the terms and conditions regarding her consumer banking account with Citibank but has stated "[N]o one reads the fine print anyways." A true and correct copy of the e-mail correspondence between March 9, 2024 and March 12, 2024 is attached hereto as **Exhibit "A"** and incorporated herein by reference.

4. Pursuant to the Client Manuals between Plaintiff Ebitari Larsen and Defendant Citibank, N.A., Plaintiff agreed with Citibank, N.A. to arbitrate any disputes.

5. Attached as **Exhibit "B"** is a true and correct copy of the Complaint filed by Ebitari Larsen in the Orange County Superior Court and incorporated herein by reference.

6. In order to open a consumer banking account with Citibank, Plaintiff Ebitari Larsen ("Plaintiff") was required to agree to certain terms and conditions, including her agreement to be bound to the applicable Citibank Client Manual Consumer Account. By doing so, Plaintiff also acknowledged that any disputes between her and Citibank will be resolved by binding arbitration. A true and correct copy of the Citibank Client Manual Consumer Account is attached hereto as **Exhibit**

**"C"** and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of March, 2024, at Irvine, California.

/s/ Ryan C. Thomason
RYAN C. THOMASON

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW