# EXHIBIT A

# Ryan C. Thomason

| | |
|---|---|
| **From:** | Ebitari Larsen <iamebitari@gmail.com> |
| **Sent:** | Tuesday, March 12, 2024 11:03 AM |
| **To:** | Ryan C. Thomason |
| **Cc:** | Rebecca S. Nichols |
| **Subject:** | Re: EBITARI LARSEN v. CITIBANK, N.A. - Orange County Superior Court 30-2024-01374529-CU-MC-CJC - W&W File No. 1133-1848 |

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Attorney Thomason,

I will only agree to a 'non binding' arbitration with my own arbitrator.

If you choose to compel arbitration I will say that when opening a bank account with any bank, I do not have a choice but to agree to terms as I am at the mercy of the bank. Obviously I cannot function in the US without a bank. No one reads the fine print anyways. Furthermore, I never knew that the extent of the problem that the bank would put me in would involve me not being able to feed myself or pay for my fuel in order to get to work to continue to feed myself and pay my other bills.

I am headed to the Central District right now to request eFiling rights so believe me that I will be able to respond to you compelling any arbitration. It is your choice to do so.

Also believe me, I know that Citibank has 'bought out' all the arbitrators at American Arbitration Association (AAA) and that these arbitrators would never give me a fair judgement. There is no way in hell that I would agree to arbitration in this case with Citibank with AAA. I will not be judged fairly by those arbitrators and it sounds like you won't agree to a 'non binding' arbitration anyways so we'll just end up in court in July which is all the same thing anyways.

I'll look forward to the message via eFiling about your decision.

Thank you.

Ebitari



Sender notified by
Mailtrack

On Tue, Mar 12, 2024 at 7:39 AM Ryan C. Thomason <rcthomason@ww.law> wrote:

1

Ms. Larsen,

If we cannot agree to stipulate to arbitration with the American Arbitration Association, then we will be moving forward with a motion to compel arbitration which will be heard by the District Court the first available date. As previously discussed, when a consumer banking account is opened with Citibank, the account holder agrees to the terms and conditions of having an account with Citibank, which includes an arbitration provision. As such, we will be seeking the Court's enforcement of the arbitration clause.

We would ask you to reconsider agreeing to the stipulation to avoid having to file the motion to compel arbitration.



Ryan C. Thomason, Attorney at law

WOLFE & WYMAN LLP

2212 Dupont Drive • Irvine, CA 92612-1525

Tel. (949) 475-9200 • Fax (949) 475-9203

Email:  rcthomason@ww.law

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  You will be promptly reimbursed for all costs of mailing.  Thank you.

**From:** Ebitari Larsen <iamebitari@gmail.com>
**Sent:** Monday, March 11, 2024 6:36 PM
**To:** Ryan C. Thomason <rcthomason@ww.law>
**Cc:** Rebecca S. Nichols <rsnichols@ww.law>
**Subject:** Re: EBITARI LARSEN v. CITIBANK, N.A. - Orange County Superior Court 30-2024-01374529-CU-MC-CJC - W&W File No. 1133-1848

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Attorney Thomason (sorry, autocorrect misspelled your name in my email from Saturday),

I will be open to a 'nonbinding' arbitration where parties are free to request a trial if they do not accept the arbitrator's decision.

I don't agree to use an arbitrator from the American Arbitration Association. I will find an arbitrator on my own who will accommodate my fee waiver with the court and I will cover the costs for the arbitrator.

Let me revert once I have found an arbitrator in Orange County.

Thank you.

Ebitari

Sender notified by
[Mailtrack](#)

On Sat, Mar 9, 2024 at 7:22 PM Ebitari Larsen <iamebitari@gmail.com> wrote:

> Hello Attorney Thompson,
>
> Thank you for writing.
>
> Let me review my options and revert on Monday.
>
> Thank you again.
>
> Ebitari (soon to be Nina Nahla Olaka)
>
> --

Ebitari Isoun Larsen
Women in Non Traditional Employment Roles March 2023 Graduate
Construction Pre-apprentice
Project Management Professional
she/her/ella
iamebitari@gmail.com
562-486-8283


On Sat, Mar 9, 2024, 4:58 PM Ryan C. Thomason <rcthomason@ww.law> wrote:

Ms. Larsen,

As you know, our firm represents Citibank, N.A.  When a consumer banking account is opened with Citibank, the account holder agrees to the terms and conditions of having an account with Citibank, which includes an arbitration provision.  Would you be willing to stipulate to stay the current matter in the federal court and proceed with arbitration with the American Arbitration Association?

There is no cost to you for the arbitration as Citibank advances all fees.  Please let us know if you would be willing to do so.


      Ryan C. Thomason, Attorney at law

      WOLFE & WYMAN LLP

      2212 Dupont Drive • Irvine, CA 92612-1525

      Tel. (949) 475-9200 • Fax (949) 475-9203

      Email:  rcthomason@ww.law

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  You will be promptly reimbursed for all costs of mailing.  Thank you.


**From:** Ebitari Larsen <iamebitari@gmail.com>
**Sent:** Thursday, March 7, 2024 6:59 PM
**To:** Ryan C. Thomason <rcthomason@ww.law>
**Cc:** Rebecca S. Nichols <rsnichols@ww.law>
**Subject:** Re: EBITARI LARSEN v. CITIBANK, N.A. - Orange County Superior Court 30-2024-01374529-CU-MC-CJC - W&W File No. 1133-1848

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

4

Received.

--

Ebitari Isoun Larsen
Women in Non Traditional Employment Roles March 2023 Graduate
Construction Pre-apprentice
Project Management Professional
she/her/ella
iamebitari@gmail.com
562-486-8283

On Thu, Mar 7, 2024, 1:12 PM Ryan C. Thomason <rcthomason@ww.law> wrote:

Good Afternoon:

Enclosed please find a courtesy copy of the above document being submitted for filing with the court today and being served upon you electronically.

An original hard copy follows via U.S. Mail.

Rebecca S Nichols, Legal Assistant

WOLFE & WYMAN LLP

2212 Dupont Drive • Irvine, CA 92612-1525

Tel. (949) 475-9200 • Fax  (949) 475-9203

Email:  rsnichols@ww.law

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service.  You will be promptly reimbursed for all costs of mailing.  Thank you.

--

--

Ebitari Isoun Larsen

Women in Non Traditional Employment Roles (WINTER) March 2023 Graduate

Construction Pre-Apprenticeship Program

Project Management Professional

she/her/ella

iamebitari@gmail.com

562-486-8283

--
--
Ebitari Isoun Larsen
Women in Non Traditional Employment Roles (WINTER) March 2023 Graduate
Construction Pre-Apprenticeship Program
Project Management Professional
she/her/ella
iamebitari@gmail.com
562-486-8283