```
EBITARI LARSEN
310 Lake St., Apt. 213
Huntington Beach, CA, 92648
Phone Number: (562) 486-8283
Fax Number: NA
Email: iamebitari@gmail.com

Self-represented,
EBITARI LARSEN
```

FILED
2024 MAR 26 AM 9:32
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| EBITARI LARSEN<br><br>    Plaintiff(s),<br><br>vs.<br><br>CITIBANK, N.A.,<br><br>    Defendant(s). | Case No.: 8:24-cv-00494-FWS-DFM<br>**CORRECTED**<br>**DISCOVERY MATTER**<br>**SUBPOENA ON CITIBANK, N.A. AND ADR**<br><br>**DATE:** May 9th, 2024<br>**TIME:** 10:00 a.m.<br>**DEPT:** 10D<br><br>Judge: Judge Fred W. Slaughter & Magistrate Judge Douglas F. McCormick<br>Dept: Civil Unlimited<br>Action Filed: January 22nd, 2024<br>Trial Date: May 9th, 2024 |

The Plaintiff, EBITARI LARSEN, requests to submit to the court (and Judges) DISCOVERY MATTER from her case she filed in the Superior Court of the State of California, Orange County, Central Justice Center.

DATED: March, 19th, 2024

                                                                                                                   _/s/ Ebitari Larsen_
                                                                                                                EBITARI LARSEN
                                                                                                                Self-represented

1  EBITARI LARSEN served a Subpoena (Form SUBP-002) and Alternative Dispute Resolution
2  (ADR), to CITIBANK, N.A. on February 7th, 2024. The ADR was required by the Superior Court
3
4  of California, Orange County for me to serve to CITIBANK, N.A. Both of these documents were
5  also submitted electronically to the Superior Court of California, Orange County although it appears
6  that the SUBP-002 never got an electronic stamp by the court. So, I am submitting this Subpoena as
7  DISCOVERY MATTER in this case now. The SUBP-002 explains more about my complaint
8  against CITIBANK, N.A.
9
10 The SUBP-002, ADR and proof that I served this Subpoena to Citibank, N.A. on February 7th, 2024
11 are submitted with this document as EXHIBIT "A".
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**SUBP-002**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ebitari Larsen<br>310 Lake St. Apt. 213, Huntington Beach, CA 92648<br>TELEPHONE NO.: 562-486-8283   FAX NO.:<br>E-MAIL ADDRESS: iamebitari@gmail.com<br>ATTORNEY FOR (Name): self-represented | |

NAME OF COURT: Superior Court of California, County of Orange County
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: Ebitari Larsen

DEFENDANT/RESPONDENT: Citibank N.A.

| CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION | CASE NUMBER:<br>30-2024-01374529-CU-MC-CJC |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of witness, if known):

Citibank, N.A., 5800 S Corporate Place, Sioux Falls, South Dakota, 57108, phone: (605) 370-6261

1. **YOU ARE ORDERED TO APPEAR AS A WITNESS** in this action at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 3b below or you make an agreement with the person named in item 4 below.

   a. Date: 06/28/2024   Time: 09:30   ☑ Dept.: C23   ☐ Div.:   ☐ Room:
   b. Address: Central Justice Center, 700 Civic Center Drive West

2. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

3. **YOU ARE** (item a or b must be checked):
   a. ☑ Ordered to appear in person and to produce the records described in the declaration on page two or the attached declaration or affidavit. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.
   b. ☐ Not required to appear in person if you produce (i) the records described in the declaration on page two or the attached declaration or affidavit and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.

4. **IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:**
   a. Name of subpoenaing party or attorney: Ebitari Larsen   b. Telephone number: (562) 486-8283

5. **Witness Fees:** You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 4.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued:

David H. Yamasaki
(TYPE OR PRINT NAME)

(SIGNATURE OF PERSON ISSUING SUBPOENA)
Clerk of the Court
(TITLE)

(Declaration in support of subpoena on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-002 [Rev. January 1, 2012]
L-0835 (Rev. December 2, 2016)

CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION

Page 1 of 3
Code of Civil Procedure, § 1985 et seq.
www.courts.ca.gov

**SUBP-002**

| PLAINTIFF/PETITIONER: Ebitari Larsen | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Citibank N.A. | 30-2024-01374529-CU-MC-CJC |

The production of the documents, electronically stored information, or other things sought by the subpoena on page one is supported by (check one):

☐ the attached affidavit or   ☑ the following declaration:

**DECLARATION IN SUPPORT OF CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS AT TRIAL OR HEARING**
(Code Civ. Proc., §§ 1985,1987.5)

1. I, the undersigned, declare I am the ☑ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ attorney for (specify):  ☐ other (specify): in the above-entitled action.

2. The witness has possession or control of the documents, electronically stored information, or other things listed below, and shall produce them at the time and place specified in the Civil Subpoena for Personal Appearance and Production of Records at Trial or Hearing on page one of this form (specify the exact documents or other things to be produce; if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):

   (1) *audio recording of my (Ebitari Larsen) call to customer service on 1/4/24, ~4:45 PM ^PST (2) Written statements from (a) teller, (b) supervisor and (c) manager at 7552 Edinger, Huntington Beach, CA branch who I spoke to between ~10 and 11 am on 1/5/24. (3) audio of my 2 calls to customer support on 1/5/24 at ~12 PM.(4) audio of my call to customer service on 1/11/24 at ~ 2:45 am.(*audio=recording ^all times PST)

   ☐ Continued on Attachment 2.

3. Good cause exists for the production of the documents, electronically stored information, or other things described in paragraph 2 for the following reasons:



   ☐ Continued on Attachment 3.

4. The documents, electronically stored information, or other things described in paragraph 2 are material to the issues involved in this case for the following reasons:

   (1) Agent said cash would release 1/11/24 & branch could resolve issue, both untrue; agent hung up on me.
   (2) Staff did not release cash. Manager said cash would release 1/9/24; untrue. I complained of the Citibank phone line & how difficult to reach an agent. I reported racism in opening the door I waited at 2nd when I arrived 1st to the bank. (3) Agent told me cash would release on 1/9/24; untrue. (4) 1/11/24 still no cash.

   ☐ Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-25-2024

Ebitari Larsen
(TYPE OR PRINT NAME)                          (SIGNATURE OF ☑ SUBPOENAING PARTY  ☐ ATTORNEY FOR SUBPOENAING PARTY)

**Request for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the date on which you are to appear. Contact the clerk's office or go to www.courts.ca.gov/forms for Request for Accommodations by Persons With Disabilities and Response (form MC-410). (Civil Code, § 54.8.)

(Proof of service on page 3)

SUBP-002 [Rev. January 1, 2012]   **CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION**   Page 2 of 3

| | |
|---|---|
| PLAINTIFF/PETITIONER: Ebitari Larsen | **SUBP-002** |
| DEFENDANT/RESPONDENT: Citibank N.A. | CASE NUMBER: 30-2024-01374529-CU-MC-CJC |

**PROOF OF SERVICE OF CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION**

1. I served this *Civil Subpoena (Duces Tecum) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and Declaration* by personally delivering a copy to the person served as follows:

   a. Person served *(name)*:

   b. Address where served:

   c. Date of delivery:

   d. Time of delivery:

   e. Witness fees *(check one)*:
      (1) ☐ were offered or demanded and paid. Amount: $ _____
      (2) ☐ were not demanded or paid.

   f. Fee for service: $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
   a. ☐ Not a registered California process server.
   b. ☐ California sheriff or marshal.
   c. ☐ Registered California process server.
   d. ☐ Employee or independent contractor of a registered California process server.
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
   f. ☐ Registered professional photocopier.
   g. ☐ Exempt from registration under Business and Professions Code section 22451.
   h. Name, address, telephone number, and, if applicable, county of registration and number:

I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

(For California sheriff or marshal use only)
I **certify** that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

SUBP-002 [Rev. January 1, 2012]   **CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION**   Page 3 of 3

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO.:<br>NAME: Ebitari Larsen<br>FIRM NAME: self-represented<br>STREET ADDRESS: 310 Lake St. Apt. 213<br>CITY: Huntington Beach   STATE: CA   ZIP CODE: 92648<br>TELEPHONE NO.: 562-486-8283   FAX NO.:<br>E-MAIL ADDRESS: iamebitari@gmail.com<br>ATTORNEY FOR (name): self-represented | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
☑ Central – 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center – 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13th Street, Westminster, CA 92683-4593

PLAINTIFF/PETITIONER: Ebitari Larsen

DEFENDANT/RESPONDENT: Citibank N.A.

| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER:<br>30-2024-01374529-CU-MC-CJC |
|---|---|

Plaintiff(s)/Petitioner(s), _____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
    ☐ Under section 1141.11 of the Code of Civil Procedure
    ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an Order on Court Fee Waiver (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court, rule 3.720 et seq.

Date:_____

_____   _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)   (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date:_____

_____   _____
(SIGNATURE OF DEFENDANT OR ATTORNEY)   (SIGNATURE OF DEFENDANT OR ATTORNEY)

ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION

Approved for Optional Use
L1270 (Rev. March 2019)   California Rules of Court, rule 3.221

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Ebitari Isoun Larsen<br>310 Lake St. Apt. 213 Huntington Beach CA 92648<br>TELEPHONE NO: 562-486-8283   FAX NO (Optional):<br>E-MAIL ADDRESS (Optional): iamebitari@gmail.com<br>ATTORNEY FOR (Name): self-represented | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange County<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Santa Ana, 92701<br>BRANCH NAME: Superior Court of California, County of Orange | |
| PLAINTIFF / PETITIONER: Ebitari Isoun Larsen<br>DEFENDANT / RESPONDENT: Citibank, N.A. | CASE NUMBER:<br>30-2024-01374529-CU-MC-CJC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>10359542 |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☒ other (specify documents):  Complaint PLD-C-001; Civil Subpoena (Duces Tecum) SUBP-002 (Received Feb 2, 2024 at 11:11am EST)
3. a. Party served (specify name of party as shown on documents served):
      Citibank, N.A.
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Kimberly Gallagher, Legal Dept.
4. Address where the party was served:
   5800 South Corporate Place, Sioux Falls, SD 57108
5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):                                    (2) at (time):
   b. ☐ by substituted service. On (date):                    at (time):                          I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) ☒ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):
      from (city):                                                                                 or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: Ebitari Isoun Larsen | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Citibank, N.A. | 30-2024-01374529-CU-MC-CJC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:   (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: Citibank, N.A.
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**
   a. Name: Eric Hurlburt
   b. Address: 6018 N. Keystone Ave. Indianapolis, IN 46220
   c. Telephone number: (317) 362-0316
   d. The fee for service was:
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor
         (ii) Registration No:
         (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 2/7/2024

Eric Hurlburt

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)            (SIGNATURE)