FILED

EBITARI LARSEN
310 Lake St., Apt 213
Huntington Beach, CA 92648
Phone Number: 562-486-8283
Fax Number: NA
Email: iamebitari@gmail.com

2024 MAR 26  AM 11:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY ____

Self-represented
EBITARI LARSEN

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| EBITARI LARSEN<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CITIBANK, N.A.<br><br>　　　　　Defendant(s). | Case No.: 8:24-cv-00494-FWS-DFM<br><br>**CORRECTED**<br>**DISCOVERY MATTER**<br>**EBITARI LARSEN NAME CHANGE CASE**<br><br>DATE: May 9th, 2024<br>TIME: 10:00 AM<br>DEPT: 10D<br><br>Judge: Judge Fred W. Slaughter & Magistrate Judge Douglas F. McCormick<br>Dept:　Civil Unlimited<br>Action Filed: March 26th, 2024<br>Trial Date: May 9th, 2024 |

The plaintiff, EBITARI LARSEN, has an ongoing name change case with the Superior Court of the California, County of Orange.

DATED: March 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　EBITARI LARSEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Self-represented

- 1 -
DISCOVERY MATTER EBITARI LARSEN NAME CHANGE CASE

1  EBITARI LARSEN submitted her court case Larsen vs. Citibank, N.A. (case number 30-2024-01374529-CU-MC with Superior Court of California, County of Orange) as a related case to her
2  Name Change case with the Superior Court of California, County of Orange, case number 30-2023-01363990-CU-PT-CJC.
3
   I used the 'NAME CHANGE NOTICE OR RELATED CASES' form L-3008, to inform the court
4  of the related case. Please find this notice as well as the forms for the name change the case (30-2023-01363990-CU-PT-CJC) attached as Exhibit "A". I am submitting these forms as a way to
5  inform the CENTRAL DISCTRIC COURT OF CALIFORNIA also of my current name change
   court case.
6

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Ebitari Isoun Larsen <br> 310 Lake St #213 <br> Huntington Beach CA 92648 <br> TELEPHONE NO.: 562-486-8283   FAX NO. (Optional): <br> E-MAIL ADDRESS: ninanahlaolaka@gmail.com <br> ATTORNEY FOR (Name): SElf-Represented | | **FILED** <br> SUPERIOR COURT OF CALIFORNIA <br> COUNTY OF ORANGE <br><br> NOV 30 2023 <br><br> DAVID H. YAMASAKI, Clerk of the Court <br><br> BY: _____, DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange <br> STREET ADDRESS: 700 Civic Center Drive West <br> MAILING ADDRESS: 700 Civic Center Drive West <br> CITY AND ZIP CODE: Santa Ana, CA 92701 <br> BRANCH NAME: Central Justice Center | | |
| CASE NAME: <br> Ebitari Isoun Larsen Name Change | | |
| **CIVIL CASE COVER SHEET** <br> [ ] Unlimited   [ ] Limited <br> (Amount   (Amount <br> demanded   demanded is <br> exceeds $25,000)   $25,000 or less) | **Complex Case Designation** <br> [ ] Counter   [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | CASE NUMBER: **30-2023** <br><br> **01363990** <br> JUDGE: <br> DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) <br> [ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06) <br> [ ] Rule 3.740 collections (09) <br> [ ] Other collections (09) <br> [ ] Insurance coverage (18) <br> [ ] Other contract (37) | [ ] Antitrust/Trade regulation (03) <br> [ ] Construction defect (10) <br> [ ] Mass tort (40) <br> [ ] Securities litigation (28) <br> [ ] Environmental/Toxic tort (30) <br> [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** <br> [ ] Asbestos (04) <br> [ ] Product liability (24) <br> [ ] Medical malpractice (45) <br> [ ] Other PI/PD/WD (23) | **Real Property** <br> [ ] Eminent domain/Inverse condemnation (14) <br> [ ] Wrongful eviction (33) <br> [ ] Other real property (26) | |
| **Non-PI/PD/WD (Other) Tort** <br> [ ] Business tort/unfair business practice (07) <br> [ ] Civil rights (08) <br> [ ] Defamation (13) <br> [ ] Fraud (16) <br> [ ] Intellectual property (19) <br> [ ] Professional negligence (25) <br> [ ] Other non-PI/PD/WD tort (35) | **Unlawful Detainer** <br> [ ] Commercial (31) <br> [ ] Residential (32) <br> [ ] Drugs (38) <br> **Judicial Review** <br> [ ] Asset forfeiture (05) <br> [ ] Petition re: arbitration award (11) <br> [ ] Writ of mandate (02) <br> [ ] Other judicial review (39) | **Enforcement of Judgment** <br> [ ] Enforcement of judgment (20) <br> **Miscellaneous Civil Complaint** <br> [ ] RICO (27) <br> [ ] Other complaint (not specified above) (42) <br> **Miscellaneous Civil Petition** <br> [ ] Partnership and corporate governance (21) <br> [x] Other petition (not specified above) (43) |
| **Employment** <br> [ ] Wrongful termination (36) <br> [ ] Other employment (15) | | |

2. This case [ ] is   [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [ ] monetary   b. [x] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is   [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: 11/30/23

Ebitari Isoun Larsen
(TYPE OR PRINT NAME)                                        ▶ (signature)
                                                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use                    CIVIL CASE COVER SHEET                 Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;

NC-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Ebitari Isoun Larsen<br>FIRM NAME:<br>STREET ADDRESS: 310 Lake St. #213<br>CITY: Huntington Beach   STATE: CA   ZIP CODE: 92648<br>TELEPHONE NO.: 562-486-8283   FAX NO.:<br>E-MAIL ADDRESS: ninanahlaolaka@gmail.com<br>ATTORNEY FOR (name): self-represented | | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>NOV 30 2023<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY:_____,DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS: 700 Civic Center Drive West<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Central Justice Center | | |
| PETITION OF (name of each petitioner):<br>Ebitari Isoun Larsen | | 30-2023 |
| PETITION FOR CHANGE OF NAME | | CASE NUMBER:<br>01363990 |

Before you complete this petition, read the *Instructions for Filing a Petition for Change of Name* (form NC-100-INFO). (To change your name as part of a petition to recognize a change of gender, and obtain a new California birth certificate for yourself or your child, or a marriage certificate reflecting those changes, use form NC-300.)

1. Petitioner *(present name):*   Ebitari Isoun Larsen   *(check a or b)*
   a. [x] resides in this county.
   b. [ ] does not live in California and *(check 1 or 2)*
      (1.) [ ] wants a name change on a marriage license, and was married in this county.
      (2.) [ ] wants a name change on their or their child's birth certificate, which was issued in this county.

2. Petitioner requests that the court decree the following name changes *(list every name that you are seeking to change):*

   | Present name | | Proposed name |
   |---|---|---|
   | a. Ebitari Isoun Larsen | changed to | Nina Nahla Olaka |
   | b. | changed to | |
   | c. | changed to | |

   [ ] Continued *(If you are seeking to change additional names, you must prepare a list and attach it to this petition as Attachment 2.)*

3. Petitioner requests that the court issue an order directing all interested persons to appear or file objections to show cause why this petition for change of name of the persons identified in item 2 should not be granted.

4. The number of persons under 18 years of age whose names are to be changed is *(specify):* 0

5. If this petition requests the change of name of any person or persons under 18 years, this request is being made by
   a. [ ] two parents.
   b. [ ] one parent.
   c. [ ] near relative *(name and relationship):*
   d. [ ] guardian *(name):*
   e. [ ] attorney for an individual under the jurisdiction of the juvenile court *(name):*
   f. [ ] other *(specify):*

6. [ ] This petition seeks to change the name of *(check one)* [ ] petitioner   [ ] *(name):*
      to conform to that person's gender identity.

7. For each person whose name is to be changed, petitioner provides the following information *(you must attach* Name and Information About the Person Whose Name Is to Be Changed *(form NC-110) for each person identified in item 2):*
   a. Number of pages attached *(specify number):* 1
   b.–f. (These items are on the attached page or pages of form NC-110.)

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>NC-100 [Rev. January 1, 2023]

**PETITION FOR CHANGE OF NAME**<br>(Change of Name)

Code of Civil Procedure, § 1275 et seq.<br>www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

30-2023

**NC-110**

| PETITION OF (name of petitioner or petitioners): | CASE NUMBER |
|---|---|
| Ebitari Isoun Larsen  FOR CHANGE OF NAME | 01363990 |

## NAME AND INFORMATION ABOUT THE PERSON WHOSE NAME IS TO BE CHANGED

Attachment 1 of 1

Attachment to *Petition* (form NC-100, form NC-300, or form NC-500)

*(You must use a **separate** attachment for **each** person whose name is to be changed. If petitioner is a guardian of a minor, a declaration of guardian (form NC-110G) must also be completed and attached for each minor whose name is to be changed.)*

7. *(Continued)* Petitioner applies for a decree to change the name of the following person:
   b. [x] Self   [ ] Other
      (1) Present name *(specify)*: Ebitari Isoun Larsen
      (2) Proposed name *(specify)*: Nina Nahla Olaka
      (3) Born on *(date of birth)*: 11/25/1972
          and presently [ ] under 18 years of age   [x] 18 years of age or older
      (4) Born at *(place of birth)*: Ibadan, Nigeria
      (5) Sex *(as stated on original birth certificate)*: [ ] Male   [x] Female
      (6) Current residence address *(street, city, county, state, and zip code)*: 310 Lake St, #213, Huntington Beach, CA 92648

   c. Reason for name change *(explain)*:
      Personal choice

   d. Relationship of the petitioner to the person whose name will be changed:
      (1) [x] Self            (4) [ ] Guardian ad litem or attorney for minor appointed by juvenile court
      (2) [ ] Parent          (5) [ ] Near relative *(indicate relationship)*:
      (3) [ ] Guardian        (6) [ ] Other *(specify)*:

   e. If the person whose name will be changed is under 18 years of age, provide the names and addresses, if known, of the following persons:
      (1) Parent *(name)*:               *(address)*:
      (2) Parent *(name)*:               *(address)*:
      (3) *(Only if neither parent is living)* Near relatives *(names, relationships, and addresses)*:

   f. If the person whose name will be changed is 18 years of age or older, that person must sign the following declaration:

---

**DECLARATION**

I declare under penalty of perjury under the laws of the State of California that *(check one)* [x] I am not   [ ] I am under the jurisdiction of the California Department of Corrections and Rehabilitation (in state prison or on parole) or in county jail **and** *(check one)* [x] I am not   [ ] I am required to register as a sex offender under Penal Code section 290.

Date: 11/30/23

Ebitari Isoun Larsen
(TYPE OR PRINT NAME OF PERSON WHOSE NAME IS TO BE CHANGED)   ▶ *(signature)* (SIGNATURE OF PERSON WHOSE NAME IS TO BE CHANGED)

---

*(If petitioner is represented by an attorney, the attorney's signature follows):*

Date: /

Self-Represented
(TYPE OR PRINT NAME)   ▶   (SIGNATURE OF ATTORNEY)

*(Each petitioner must sign this petition in the space provided below or, if additional pages are attached, at the end of the last attachment.)* I declare under penalty of perjury under the laws of the State of California that the information in the foregoing petition is true and correct.

Date:

Ebiari Isoun Larsen
(TYPE OR PRINT NAME)   ▶ *(signature)* (SIGNATURE OF PETITIONER)

Date: 11/30/23

(TYPE OR PRINT NAME)   ▶   (SIGNATURE OF PETITIONER)

[ ] ADD ADDITIONAL SIGNATURE LINES FOR ADDITIONAL PETITIONERS   [ ] SIGNATURE OF PETITIONERS FOLLOWS LAST ATTACHMENT

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
NC-110 [Rev. January 1, 2023]

**NAME AND INFORMATION ABOUT THE PERSON WHOSE NAME IS TO BE CHANGED**
(Attachment to Petition for Change of Name)

Code of Civil Procedure, § 1275 et seq.
www.courts.ca.gov

For your protection and privacy, please press the Clear

**NC-120**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Ebitari Isoun Larsen<br>FIRM NAME: Self-Represented<br>STREET ADDRESS: 310 Lake St., #213<br>CITY: Huntington Beach  STATE: CA  ZIP CODE: 92648<br>TELEPHONE NO.: 562-486-8283  FAX NO.:<br>E-MAIL ADDRESS: iamebitari@gmail.com<br>ATTORNEY FOR (name): Self-Represented | | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>NOV 30 2023<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: _____, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PETITION OF (name of each petitioner):
Ebitari Isoun Larsen
FOR CHANGE OF NAME

30-2023

**ORDER TO SHOW CAUSE—CHANGE OF NAME**

CASE NUMBER: 01363990

TO ALL INTERESTED PERSONS:

1. Petitioner (name): Ebitari Isoun Larsen filed a petition with this court for a decree changing names as follows:

| Present name | | Proposed name |
|---|---|---|
| a. Ebitari Isoun Larsen | to | Nina Nahla Olaka |
| b. | to | |
| c. | to | |
| d. | to | |
| e. | to | |

☐ Continued on Attachment 1.

2. THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**

a. Date: 1/18/2024   Time: 8:30 am ☒   Dept.: D-100   ☐ Room:
b. The address of the court is  ☐ same as noted above  ☒ other (specify): Remote

(To appear remotely, check in advance of the hearing for information about how to do so on the court's website. To find your court's website, go to www.courts.ca.gov/find-my-court.htm.)

3. a. ☒ A copy of this Order to Show Cause must be published at least once each week for four successive weeks before the date set for hearing on the petition in a newspaper of general circulation:

   ☒ (for resident of this county) printed in this county (specify paper): Orange County Register
   ☐ (for other petitioners) printed in the county in which petitioner resides or, if no county, in the local subdivision or territory where petitioner resides.

b. ☐ Other (specify):

Date: NOV 30 2023

_Judge Layne H. Melzer_
JUDGE OF THE SUPERIOR COURT

(If petitioner is requesting change of name of a minor, see Note Regarding Petition for Minors on page 2.)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
NC-120 [Rev. January 1, 2023]

ORDER TO SHOW CAUSE—CHANGE OF NAME

Code of Civil Procedure, § 1277
www.courts.ca.gov

NC-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | |
|---|---|---|
| NAME: Ebitari Isoun Larsen | | |
| FIRM NAME: Self-Represented | | |
| STREET ADDRESS: 310 Lake St. #213 | | |
| CITY: Huntington Beach | STATE: CA  ZIP CODE: 92648 | |
| TELEPHONE NO.: 562-486-8283 | FAX NO.: | |
| E-MAIL ADDRESS: ninnahlaolaka@gmail.com | | |
| ATTORNEY FOR (name): Self-Represented | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

RECEIVED
SUPERIOR COURT OF CALIFORNIA
CENTRAL JUSTICE CENTER
NOV 30 2023

PETITION OF (name of each petitioner):
Ebitari Isoun Larsen
                                    FOR CHANGE OF NAME   30-2023

**DECREE CHANGING NAME**

CASE NUMBER: 01363990

1. The petition was duly considered:
   a. ☐ at the hearing on (date):        in Courtroom:        of the above-entitled court.
   b. ☐ without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below
      ☐ is not    ☐ is    required to register as a sex offender under section 290 of the Penal Code.
      This determination was made (check one): ☐ by using CLETS/CJIS   ☐ based on information provided to the clerk of the court by a local law enforcement agency.

   c. ☐ No objections to the proposed change of name were made.
   d. ☐ Objections to the proposed change of name were made by (name):
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. ☐ Other findings (if any):

**THE COURT ORDERS**

3. The name of

| | Present name | | New name |
|---|---|---|---|
| a. | Ebitari Isoun Larsen | is changed to | Nina Nahla Olaka |
| b. | | is changed to | |
| c. | | is changed to | |
| d. | | is changed to | |

☐ Additional name changes are listed on Attachment 3.

Date:

JUDGE OF THE SUPERIOR COURT
☐ SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
NC-130 [Rev. September 1, 2018]

**DECREE CHANGING NAME**

Code of Civil Procedure, §§ 1278, 1279
www.courts.ca.gov

For your protection and privacy, please press the Clear

Case 8:24-cv-00494-FWS-DFM   Document 16   Filed 03/26/24   Page 9 of 9   Page ID #:159

30-2024-01374529-CU-MC-CJC - ROA # 24 - DAVID H. YAMASAKI, Clerk of the Court By B. Jurado, Deputy Clerk.

AMENDED

L-3008

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ebitari Larsen<br>310 Lake St., Apt 213<br>Huntington Beach, CA 92648 | |

TELEPHONE NO.: 562-486-8283   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): ninanahlaolaka@gmail.com
ATTORNEY FOR (Name): self-represented

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
■ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205

CASE TITLE:
~~Larsen vs. Citibank~~ Larsen-Name Change

CASE NUMBER: 30-2023-01363990-CU-PT-CJC

**NAME CHANGE NOTICE OF RELATED CASES**

NOTICE: If you have an open case with Juvenile Court, are currently a juvenile dependent, a non-minor dependent, or a ward of the Juvenile Court, you must file your request for name change with the Juvenile Court at the Lamoreaux Justice Center.

The petitioner(s) must file this form with the Court when a name change case is initiated. A related case means one or both petitioners and/or any minor children of the petitioner(s) are involved or have been involved in other cases. Examples of related cases include family law cases, domestic violence cases, child support collection cases, criminal cases, or juvenile cases involving a minor child of one or both petitioners.

1. ☐ There are no other court cases involving either petitioner or a child of either petitioner listed on the petition.

2. ■ Listed below are other court cases involving either petitioner or any minor child listed on the petition:

| | Case Number | Case Name | Person Involved |
|---|---|---|---|
| a. | 30-2024-01377058-CU-MC | Larsen vs. Larsen | Ebitari Larsen |
| b. | 30-2024-01374529-CU-MC | Larsen vs. Citibank | Ebitari Larsen |

Date: 2/13/2024

Ebitari Larsen
(TYPE OR PRINT NAME OF PETITIONER OR ATTORNEY)

(SIGNATURE OF PETITIONER OR ATTORNEY)

(TYPE OR PRINT NAME OF PETITIONER OR ATTORNEY)

(SIGNATURE OF PETITIONER OR ATTORNEY)

Form Approved for Mandatory Use
L-3008 [New October 8, 2020]

**NAME CHANGE NOTICE OF RELATED CASES**

CCP 1275 et seq., H&S Code 103430,
103425, 103435 & 103440
www.occourts.org